```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION


JOSE FELICIANO VASQUEZ-VAIL,

            Petitioner,

v.                                    Case No. 2:26-cv-81-JES-NPM

FIELD OFFICE DIRECTOR, MIAMI FIELD
OFFICE, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

            Respondent.
_____
```

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1) on January 16, 2026. Pursuant to 28 U.S.C. § 2243, it is

**ORDERED:**

1. The Clerk shall serve a copy of the Petition and this Order by electronic mail to the United States Attorney for the Middle District of Florida (**USAFLM.Alcatraz@usdoj.gov**) and by certified mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001) and the Warden of South Side Detention Facility, 54575 Tamiami Trail E, Ochopee, Florida 34141.

2. As the circumstances surrounding Petitioner's need for relief are time sensitive, Counsel for respondents shall **show cause** by response and supporting memorandum why the writ should not be granted no later than **January 21, 2026.**

3. Counsel shall file all documents and transcripts necessary for resolution of the writ and certify the true cause of the detention.

4. Petitioner is not required to reply, but will have **SEVEN (7) DAYS** of the filing of the response to file a reply.

5. A hearing may be set upon review of the show cause response and reply.

6. Respondents may be required to produce the body of the person detained.

**DONE AND ORDERED** at Fort Myers, Florida this 16th day of January, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

caw 1/16
Copies:   All parties of record